# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW J. ROSSI, IV** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 16-1111 |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION a/k/a AMTRAK and** | : | |
| **MICHAEL DEVINE** | : | |

## ORDER

**NOW**, this 5th day of May, 2016, upon consideration of Defendant National Railroad Passenger Corporation's Motion to Dismiss Plaintiff's Complaint (Document No. 6) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

                                                                         /s/Timothy J. Savage
                                                                        TIMOTHY J. SAVAGE,  J.